**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
MICHAEL S. KELLEY, ESQ.
Nevada Bar No. 10101
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
mkelley@rrblf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No.: 2:21-cv-00151-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiffs, Michael and Theresa Minden (collectively, "Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Allstate") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Plaintiffs to file a Response to Allstate's Motion for Summary Judgment (ECF No. 73) by two weeks from November 21, 2002 to December 5, 2022. This is the first request to extend time for Plaintiffs to file their Response to Allstate's Motion for Summary Judgment.

On October 31, 2022, Allstate filed its Motion for Summary Judgment. (ECF No. 73) Plaintiffs response to Allstate's Summary Judgment is currently due on November 21, 2002. The Parties agree to extend the deadline for Plaintiffs to file their Response by two weeks to December 5, 2022. Plaintiffs request the extension because Plaintiffs' lead counsel is traveling the week of November 21, 2022. Also, because of the number of depositions taken in this matter, additional

time is needed to review deposition transcripts and includes citations to the transcript in the factual statement of the Response. This request is made in good faith and not for the purpose of undue delay.

Dated this 21st day of November, 2022.

| REID RUBINSTEIN & BOGATZ | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| /s/ Michael S. Kelley | /s/ Michael A. Pintar |
| I. Scott Bogatz, Esq.<br>Nevada Bar No. 3367<br>Michael S. Kelley<br>Nevada Bar No. 10101<br>300 South 4th Street, Ste 830<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | Jonathan W. Carlson, Esq.<br>Nevada Bar No. 10536<br>Michael A. Pintar, Esq.<br>Nevada Bar No. 3789<br>Frank A. Toddre, II, Esq.<br>Nevada Bar No. 11474<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 22, 2022