McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Michael A. Pintar
Nevada Bar No. 3789
  *michael.pintar@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No. 2:21-cv-00151-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR ALLSTATE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Plaintiffs, Michael and Theresa Minden ("Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Allstate") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Allstate to File its Reply in Support of its Motion for Summary Judgment, filed on October 31, 2022 (ECF No. 73). This is the first stipulation for extension of time to file a reply in support of this pending motion.

On December 5, 2022, Plaintiffs filed its Response to Allstate's Motion for Summary Judgment, as well as four (4) appendix volumes of exhibits. (ECF Nos. 82-86). Allstate's Reply in Support of its Motion for Summary Judgment is currently due on December 19, 2022. The Parties

agree to extend the deadline for Allstate to file its Reply by three weeks to **January 9, 2023**. Allstate requests this extension because of the upcoming holidays, and because additional time is needed to review Plaintiffs' extensive Response. This request is made in good faith, and not for the purpose of undue delay.

DATED this 7th day of December, 2022

DATED this 7th day of December, 2022

REID RUBINSTEIN & BOGATZ

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ *I. Scott Bogatz*
    I. Scott Bogatz, Esq.
    Nevada Bar No. 3367
    Michael S. Kelley, Esq.
    Nevada Bar No. 10101
    300 South 4th Street, Suite 830
    Las Vegas, Nevada 89101
    Telephone: (702) 776-7000
    Facsimile: (702) 776-7900

Attorneys for MICHAEL MINDEN and THERESA MINDEN

By  /s/ *Jonathan W. Carlson*
    Jonathan W. Carlson, Esq.
    Nevada Bar No. 10536
    Michael A. Pintar, Esq.
    Nevada Bar No. 3789
    Frank A. Toddre, II, Esq.
    Nevada Bar No. 11474
    8337 West Sunset Road, Suite 350
    Las Vegas, Nevada 89113
    Telephone: (702) 949-1100

Attorneys for ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

IT IS SO ORDERED.

DATED: December  8 , 2022

UNITED STATES DISTRICT JUDGE
2:21-cv-00151-APG-BNW

8790711.1