**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
MICHAEL S. KELLEY, ESQ.
Nevada Bar No. 10101
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
mkelley@rrblf.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL MINDEN & THERESA MINDEN,

    Plaintiffs,

  vs.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,

    Defendants.

Case No.:  2:21-cv-00151-APG-BNW

**STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER**

**(First Request)**

   Plaintiffs, Michael and Theresa Minden (collectively, "Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Allstate") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for the Parties to submit the proposed Joint Pretrial Order. This is the first request to extend time for the Parties to submit the proposed Joint Pretrial Order.

   On August 15, 2023, the Court issued the Order granting in part and denying in party Allstate's Motion for Summary Judgment (ECF No. 98). Under LR 26-1(b)(5), the Pretrial Order is due 30 days after a decision on any dispositive motions filed in the matter. Thus, the Joint Pretrial Order is due on or before September 15, 2023. The Parties agree to extend the deadline to submit the proposed Joint Pretrial Order.by two weeks to September 29, 2023. This request is made in good faith and not for the purpose of undue delay. The Parties request additional time because they

REID RUBINSTEIN & BOGATZ
Tower 300
300 South 4th Street, Suite 830
Las Vegas, Nevada 89109
(702) 776-7000 | FAX: (702) 776-7900

are in the process of evaluating the exhibits and witnesses needed for trial and also potential

stipulated facts.

Dated this 14th day of September, 2023.

REID RUBINSTEIN & BOGATZ

/s/ Michael S. Kelley
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Michael S. Kelley
Nevada Bar No. 10101
300 South 4th Street, Ste 830
Las Vegas, NV 89101
Attorneys for Plaintiffs

McCORMICK,   BARSTOW,   SHEPPARD,
WAYTE & CARRUTH, LLP

/s/ Jonathan W. Carlson
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
Michael A. Pintar, Esq.
Nevada Bar No. 3789
Frank A. Toddre, II, Esq.
Nevada Bar No. 11474
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE DISTRICT JUDGE

DATED:   09/19/23

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2023 our office served a copy of the foregoing **STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER** upon each of the following parties via CM/ECF electronic service:

/s/ *Amy M. Scott*
_____
An employee of REID RUBINSTEIN & BOGATZ

REID RUBINSTEIN & BOGATZ
Tower 300
300 South 4th Street, Suite 830
Las Vegas, Nevada 89109
(702) 776-7000 | FAX: (702) 776-7900