McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Michael A. Pintar
Nevada Bar No. 3789
  *michael.pintar@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No. 2:21-cv-00151-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER**<br>**(Second Request)** |

Plaintiffs, Michael and Theresa Minden ("Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Allstate") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for the Parties to submit the proposed Joint Pretrial Order. This is the second request to extend time for the Parties to submit the proposed Joint Pretrial Order.

On August 15, 2023, the Court issued the Order granting in part and denying in party Allstate's Motion for Summary Judgment (Doc. 98). Under LR 26-1(b)(5), the Pretrial Order is due 30 days after a decision on any dispositive motions filed in the matter. Thus, the Joint Pretrial Order

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:21-cv-00151-APG-BNW
STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER
(Second Request)

was due on or before September 15, 2023. On September 14, 2023, the Parties filed a Stipulation to Extend Deadline to Submit Proposed Joint Pretrial Order (First Request) which would have made the Joint Pretrial Order due on September 29, 2023. That Stipulation is still pending before the Court. (Doc. 99). The Parties have agreed to extend the deadline to submit the proposed Joint Pretrial Order an additional three weeks to October 20, 2023. This request is made in good faith and not for the purpose of undue delay. The Parties request additional time because they are in the process of evaluating the exhibits and witnesses needed for trial and also potential stipulated facts.

DATED this 29th day of September, 2023

REID RUBINSTEIN & BOGATZ

By  /s/ Michael S. Kelley
  I. Scott Bogatz, Esq.
  Nevada Bar No. 3367
  Michael S. Kelley, Esq.
  Nevada Bar No. 10101
  300 South 4th Street, Suite 830
  Las Vegas, Nevada 89101
  Telephone: (702) 776-7000
  Facsimile: (702) 776-7900

  Attorneys for Plaintiffs MICHAEL MINDEN and THERESA MINDEN

DATED this 29th day of September, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ Jonathan W. Carlson
  Jonathan W. Carlson, Esq.
  Nevada Bar No. 10536
  Michael A. Pintar, Esq.
  Nevada Bar No. 3789
  Stacy Norris, Esq.
  Nevada Bar No. 15445
  8337 West Sunset Road, Suite 350
  Las Vegas, Nevada 89113
  Telephone: (702) 949-1100

  Attorneys for Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

IT IS SO ORDERED.

DATED: October _2_, 2023

_____
UNITED STATES MAGISTRATE JUDGE

9394833.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2   Case No. 2:21-cv-00151-APG-BNW
STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER
(Second Request)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2023, a true and correct copy of **STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER (Second Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

3    Case No. 2:21-cv-00151-APG-BNW
STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER
(Second Request)