**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
MICHAEL S. KELLEY, ESQ.
Nevada Bar No. 10101
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
mkelley@rrblf.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No.:  2:21-cv-00151-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS AND REPORTS OF MARCOR G. PLATT, SE, PE**<br><br>**(First Request)** |

Plaintiffs, Michael and Theresa Minden (collectively, "Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Allstate") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Plaintiffs to file a Response to Allstate's Motion to Strike Expert Witness and Reports of Marcor G. Platt (ECF No. 103) by three weeks from October 31, 2003 to November 21, 2023. This is the first request to extend time for Plaintiffs to file their Response to Allstate's Motion to Strike.

On October 17, 2023, Allstate filed its Motion to Strike Plaintiff's Expert Witness and Reports of Marcor G. Platt, SW, PE. (ECF No. 103) Plaintiffs response to Allstate's Motion to Strike is currently due on October 31, 2003.  The Parties agree to extend the deadline for Plaintiffs to file their Response by three weeks to November 21, 2023. Plaintiffs request the extension

because Plaintiffs' counsel is in mediation the week of October 30, 2023. This request is made in good faith and not for the purpose of undue delay.

Dated this 30th day of October, 2023.

| REID RUBINSTEIN & BOGATZ | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| */s/ Michael S. Kelley* | */s/ Michael A. Pintar* |
| I. Scott Bogatz, Esq. | Jonathan W. Carlson, Esq. |
| Nevada Bar No. 3367 | Nevada Bar No. 10536 |
| Michael S. Kelley | Michael A. Pintar, Esq. |
| Nevada Bar No. 10101 | Nevada Bar No. 3789 |
| 300 South 4th Street, Ste 830 | Frank A. Toddre, II, Esq. |
| Las Vegas, NV 89101 | Nevada Bar No. 11474 |
| *Attorneys for Plaintiffs* | 8337 West Sunset Road, Suite 350 |
| | Las Vegas, Nevada 89113 |
| | *Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 1, 2023