McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Michael A. Pintar
Nevada Bar No. 3789
  michael.pintar@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No. 2:21-cv-00151-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S EXPERT MARCOR PLATT**<br>**(Second Request)** |

Plaintiffs, Michael and Theresa Minden ("Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Defendant" or "Allstate") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Defendant to file a Reply to Plaintiffs' Response to Allstate's Motion to Strike Expert Witness and Reports of Marcor G. Platt (ECF No. 110) by one additional week, from December 5, 2023 to December 12, 2023. This is the second request to extend time for Defendant to file their Reply in support of this Motion.

On October 17, 2023, Defendant Allstate filed its Motion to Strike Plaintiff's Expert Witness and Reports of Marcor G. Platt, SW, PE. (ECF No. 103). On November 1, 2023, the Parties stipulated to extend the deadline for Plaintiffs to file their Response by three weeks to November

21, 2023. (ECF No. 108). On November 21, 2023, Plaintiffs filed their Response to Defendant's Motion to Strike. (ECF No. 110). Defendant's Reply is currently due on December 5, 2023. The Parties agree to extend the deadline for Defendant to file their Reply by one week, to December 12, 2023. Defendant requests the extension due to defense counsel being out of the office with illness. This request is made in good faith and not for the purpose of undue delay.

DATED this 4th day of December, 2023

REID RUBINSTEIN & BOGATZ

By  /s/ Michael S. Kelley
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Michael S. Kelley, Esq.
Nevada Bar No. 10101
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900

Attorneys for Plaintiffs MICHAEL MINDEN and THERESA MINDEN

DATED this 4th day of December, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ Jonathan W. Carlson
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
Michael A. Pintar, Esq.
Nevada Bar No. 3789
Stacy Norris, Esq.
Nevada Bar No. 15445
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100

Attorneys for Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

IT IS SO ORDERED.

DATED: December 7, 2023

_____
UNITED STATES DISTRICT JUDGE

003246-001643 9526127.1