McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Michael A. Pintar
Nevada Bar No. 3789
  *michael.pintar@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>            Defendants. | Case No. 2:21-cv-00151-APG-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Michael and Theresa Minden ("Plaintiffs"), and Defendant, Allstate Property and Casualty Insurance Company ("Defendant" or "Allstate") (collectively, "Parties"), by and through their respective counsel, as follows:

WHEREAS, on November 2, 2023, the Hon. Magistrate Judge Weksler set a pre-settlement telephonic conference for February 1, 2024 at 3:00 p.m. and a settlement conference for February 2, 2024 at 10 a.m. via Zoom video conference;

WHEREAS, Defendant needs additional time to discuss and prepare for the matter appropriate in order to maximize the benefit of the settlement conference;

THEREFORE, the parties STIPULATE and REQUEST that the Court vacate the deadline for the written evaluation statement currently due on January 26, 2024, the pre-settlement telephonic conference currently set for February 1, 2024 at 3:00 p.m. and the mandatory settlement conference now set for February 2, 2024 at 10:00 a.m., to permit Defendant to obtain additional settlement authority. The parties ask that the pre-settlement telephonic conference and the settlement conference be continued to dates at the Court's convenience. Further, the parties defer to the Court's preference for scheduling. However, if it is of benefit and useful to the Court, the parties submit that either the Plaintiff or Defendant and/or their respective counsel request that the conference not be set on the following dates due to prior commitments: February 5, 2024 through February 27, 2024 or February 29, 2024 through March 20, 2024.

DATED this 30th day of January, 2024

REID RUBINSTEIN & BOGATZ

By   /s/ Michael S. Kelley
   I. Scott Bogatz, Esq.
   Nevada Bar No. 3367
   Michael S. Kelley, Esq.
   Nevada Bar No. 10101
   300 South 4th Street, Suite 830
   Las Vegas, Nevada 89101
   Telephone: (702) 776-7000
   Facsimile: (702) 776-7900
   Attorneys for Plaintiffs MICHAEL
   MINDEN and THERESA MINDEN

DATED this 30th day of January, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By   /s/ Jonathan W. Carlson
   Jonathan W. Carlson, Esq.
   Nevada Bar No. 10536
   Michael A. Pintar, Esq.
   Nevada Bar No. 3789
   Stacy Norris, Esq.
   Nevada Bar No. 15445
   8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
   Telephone: (702) 949-1100
   Attorneys for Defendant ALLSTATE
   PROPERTY AND CASUALTY
   INSURANCE COMPANY

IT IS SO ORDERED.

DATED: January 31, 2024

_____
UNITED STATES MAGISTRATE JUDGE

9635441.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2024, a true and correct copy of **STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP