McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Michael A. Pintar
Nevada Bar No. 3789
  michael.pintar@mccormickbarstow.com
Chenelle L. Jackson
Nevada Bar No. 15750
  chenelle.jackson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No. 2:21-cv-00151-APG-BNW<br><br>**MOTION TO SUBSTITUTE ATTORNEYS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that **effective immediately**, the responsible attorneys on this file for Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY are **Jonathan W. Carlson, Michael A. Pintar, and Chenelle L. Jackson**. Please address all correspondence, pleadings, and discovery to the attention of **Jonathan W. Carlson, Michael A. Pintar, and Chenelle L. Jackson**, at McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 8337 West Sunset Road, Suite 350, Las Vegas, NV 89113.

1  PLEASE TAKE FURTHER NOTICE that effective immediately, Frank A. Toddre, II,
2 representing Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,
3 is no longer counsel of record for any party in this litigation. As such, Frank A. Toddre, II should
4 be removed from the service list for this case.

5  Dated: February 29, 2024

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: ____/s/ Jonathan W. Carlson____
Jonathan W. Carlson
Nevada Bar No. 10536
Michael A. Pintar
Nevada Bar No. 3789
Chenelle L. Jackson
Nevada Bar No. 15750
Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

**IT IS SO ORDERED**

**DATED:** 9:50 am, March 05, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:21-cv-00151-APG-BNW
MOTION TO SUBSTITUTE ATTORNEYS

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2024, a true and correct copy of **MOTION TO SUBSTITUTE ATTORNEYS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Susan Kingsbury
an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

9713389.1