McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Gordon M. Park
Nevada Bar No. 7124
  *gordon.park@mccormickbarstow.com*
Chenelle L. Jackson
Nevada Bar No. 15750
  *chenelle.jackson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>            Plaintiffs,<br><br>     v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>            Defendants. | Case No. 2:21-cv-00151-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' AND DEFENDANT'S TO FILE OPPOSITIONS TO MOTIONS IN LIMINE**<br><br>**(First Request)** |

Plaintiffs, Michael and Theresa Minden ("Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Defendant" or "Allstate") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadlines by one week for Plaintiffs and Defendant to file Oppositions to the following Motions in Limine. Oppositions to the following Motions in Limine will now be due on April 16, 2024.

- Defendant's Motion in Limine to Preclude Per Diem Calculation of General damages [Doc 131];

- Defendant's Motion in Limine to Preclude "Mayhem: Commercials [Doc. 132];

- Defendant's Motion in Limine to Preclude Argument that Allstate's Claim Handling Feel

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:21-cv-00151-APG-BNW
STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS AND DEFENDANT TO FILE OPPOSITIONS TO MOTIONS IN LIMINE

Below the Standard of Care [Doc. 134];

- Defendant's Motion in Limine to Preclude Reference to or Argument that Allstate Retained Daniel Merritt of J&J Contracting as a Roofing Expert [Doc. 135];
- Defendant's Motion in Limine to Preclude "Reptile Theory" Arguments and Tactics (Doc. 136];
- Plaintiffs' Motion in Limine to Exclude Evidence or Reference to Evidence Cited in Timothy Marshall's Deposition But Not Produced in Discovery [Doc. 137];
- Plaintiffs' Motion in Limine to Exclude Allstate's Expert, Timothy Marshall [Doc. 138];
- Plaintiffs' Motion in Limine to Exclude Evidence and Argument that the Roof to Plaintiffs' Residence was not Damaged by Wind [Doc. 139];
- Defendant's Motion in Limine to Preclude Argument or Reference to Unsupported Items or Categories in Computation of Damages [Doc. 141]

This is the first request to extend time for Plaintiffs and Defendant to file their oppositions in support of these Motion. The parties have recently participated in a mediation and are still attempting to settle this matter. This request is made in good faith and not for the purpose of undue delay.

DATED this 8th day of April, 2024

REID RUBINSTEIN & BOGATZ

By  /s/ Michael Kelley
I. Scott Bogatz, NV Bar No. 3367
Michael S. Kelley, NV Bar No. 10101
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
Attorneys for Plaintiffs MICHAEL MINDEN and THERESA MINDEN

IT IS SO ORDERED.

DATED: April 9th, 2024

DATED this 8th day of April, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ Jonathan W. Carlson
Jonathan W. Carlson, NV Bar No. 10536
Gordon M. Park, NV Bar No. 7124
Chenelle L. Jackson, NV Bar No. 15750
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

_____
UNITED STATES DISTRICT JUDGE