McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Gordon M. Park
Nevada Bar No. 7124
  *gordon.park@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
  *sean.cortney@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOE INDIVIDUALS 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No. 2:21-cv-00151-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' AND DEFENDANT'S TO FILE OPPOSITIONS TO MOTIONS IN LIMINE**<br><br>**(Second Request)** |

Plaintiffs, Michael and Theresa Minden ("Plaintiffs") and Defendant, Allstate Property and Casualty Insurance Company ("Defendant" or "Allstate") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadlines by one week for Plaintiffs and Defendant to file Oppositions to the following Motions in Limine. Oppositions to the following Motions in Limine will now be due on April 19, 2024.

- Defendant's Motion in Limine to Preclude Per Diem Calculation of General damages [Doc 131];
- Defendant's Motion in Limine to Preclude "Mayhem: Commercials [Doc. 132];
- Defendant's Motion in Limine to Preclude Argument that Allstate's Claim Handling Feel

Below the Standard of Care [Doc. 134];

- Defendant's Motion in Limine to Preclude Reference to or Argument that Allstate Retained Daniel Merritt of J&J Contracting as a Roofing Expert [Doc. 135];

- Defendant's Motion in Limine to Preclude "Reptile Theory" Arguments and Tactics (Doc. 136];

- Plaintiffs' Motion in Limine to Exclude Evidence or Reference to Evidence Cited in Timothy Marshall's Deposition But Not Produced in Discovery [Doc. 137];

- Plaintiffs' Motion in Limine to Exclude Allstate's Expert, Timothy Marshall [Doc. 138];

- Plaintiffs' Motion in Limine to Exclude Evidence and Argument that the Roof to Plaintiffs' Residence was not Damaged by Wind [Doc. 139];

- Defendant's Motion in Limine to Preclude Argument or Reference to Unsupported Items or Categories in Computation of Damages [Doc. 141]

This is the second request to extend time for Plaintiffs and Defendant to file their oppositions in support of these Motion. The parties have recently participated in a mediation and are still attempting to settle this matter.  This request is made in good faith and not for the purpose of undue delay.

| DATED this 16th day of April, 2024 | DATED this 16th day of April, 2024 |
|---|---|
| REID RUBINSTEIN & BOGATZ | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| By  /s/ Michael S. Kelley<br>I. Scott Bogatz, NV Bar No. 3367<br>Michael S. Kelley, NV Bar No. 10101<br>300 South 4th Street, Suite 830<br>Las Vegas, Nevada 89101<br>Telephone: (702) 776-7000<br>Facsimile: (702) 776-7900<br>Attorneys for Plaintiffs MICHAEL MINDEN and THERESA MINDEN | By  /s/ Jonathan W. Carlson<br>Jonathan W. Carlson, NV Bar No. 10536<br>Gordon M. Park, NV Bar No. 7124<br>Sean E. Cortney, Nevada Bar No. 16218<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Attorneys for Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY |

IT IS SO ORDERED.

DATED:  April 17, 2024

_____
UNITED STATES DISTRICT JUDGE

9834484.1
2
Case No. 2:21-cv-00151-APG-BNW
STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS AND DEFENDANT TO FILE OPPOSITIONS TO MOTIONS IN LIMINE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113