UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN and THERESA MINDEN,<br><br>    Plaintiffs<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:21-cv-00151-APG-BNW<br><br>**Order for Entry of Judgment** |

This action was tried by a jury, and the jury rendered its verdict. I therefore order the clerk of court to enter judgment in favor of plaintiffs Michael Minden and Theresa Minden and against defendant Allstate Property and Casualty Insurance Company, as follows:

1. For damages arising from breach of contract: $3,720,799.86, along with prejudgment interest of $1,016,084.18 (calculated from 12/29/2020 until 8/19/2024 at 7.5%);

2. For damages for bad faith: $4,242,400.00, along with prejudgment interest of $1,621,933.45 (calculated from 12/29/2020 until 8/19/2024 at 10.5%);

3. Also for bad faith, attorney's fees and costs through June 30, 2024 as special damages: $622,095.79, along with prejudgment interest of $237,836.59 (calculated from 12/29/2020 until 8/19/2024 at 10.5%); and

4. For punitive damages: $21,212,000.00.

Total judgment amount: $32,673,149.87.

DATED this 19th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE