AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Michael Minden and Theresa Minden,

    Plaintiffs,

v.

Allstate Property and Casualty Insurance Company,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00151-APG-BNW

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of plaintiffs Michael Minden and Theresa Minden and against defendant Allstate Property and Casualty Insurance Company, as follows:
1. For damages arising from breach of contract: $3,720,799.86, along with prejudgment interest of $1,016,084.18 (calculated from 12/29/2020 until 8/19/2024 at 7.5%);
2. For damages for bad faith: $4,242,400.00, along with prejudgment interest of $1,621,933.45 (calculated from 12/29/2020 until 8/19/2024 at 10.5%);
3. Also for bad faith, attorney's fees and costs through June 30, 2024 as special damages: $622,095.79, along with prejudgment interest of $237,836.59 (calculated from 12/29/2020 until 8/19/2024 at 10.5%); and
4. For punitive damages: $21,212,000.00.
Total judgment amount: $32,673,149.87.

08/20/2024
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk