DANIEL F. POLSENBERG (SBN 2376)
KORY J. KOERPERICH (SBN 14,559)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (Fax)
DPolsenberg@LewisRoca.com
KKoerperich@LewisRoca.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN & THERESA MINDEN,<br><br>             Plaintiffs,<br><br>     *vs.*<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>             Defendant. | Case No. 2:21-cv-151-APG-BNW<br><br>**STIPULATION AND ORDER TO SET SUPERSEDEAS BOND AMOUNT** |

  1. Defendant Allstate Property and Casualty Insurance Company is appealing the judgment entered on August 20, 2024, and desires to supersede that judgment and stay the execution thereof pending post-trial motions and appeal.

  2. Defendant and plaintiffs agree to a supersedeas bond amount of $34,864,972.18.

  3. Pursuant to Federal Rule of Civil Procedure 62(b), the parties agree that the Court may approve the Supersedeas Bond No. 285075627, attached hereto as Exhibit A.

1

126152636.1

4. Upon posting of Supersedeas Bond No. 285075627, execution on the judgment entered August 20, 2024 shall be stayed. *See* Fed. R. Civ. P. 62(b).

5. Plaintiffs reserve any rights under the rules to seek an increase of the bond amount during the pendency of the proceedings if necessary.

Dated this 18th day of September, 2024.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | PISANELLI BICE PLLC |
|---|---|
| By: */s/ Daniel F. Polsenberg* <br> DANIEL F. POLSENBERG (SBN 2376) <br> KORY J. KOERPERICH (SBN 14,559) <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br><br> JONATHAN W. CARLSON (SBN 10,536) <br> MICHAEL A. PINTAR (SBN 3789) <br> MCCORMICK BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP <br> 8337 West Sunset Road, Suite 350 <br> Las Vegas, Nevada 89113 <br><br> *Attorneys for Defendant Allstate Property and Casualty Insurance Company* | By: */s/ Jordan T. Smith* <br> JAMES J. PISANELLI, ESQ., #4027 <br> TODD L. BICE, ESQ., #4534 <br> JORDAN T. SMITH, ESQ., #12097 <br> BRIANNA SMITH, ESQ., #11795 <br> 400 SOUTH 7TH STREET, SUITE 300 <br> LAS VEGAS, NEVADA 89101 <br><br> REID RUBINSTEIN & BOGATZ <br> I. SCOTT BOGATZ (SBN 3367) <br> MICHAEL S. KELLEY (SBN 10,101) <br> 300 South 4th Street, Suite 830 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Plaintiffs Michael Minden and Theresa Minden* |

## ORDER

IT IS SO ORDERED.

_____
United States District Judge
DATED: September 19, 2024

2

126152636.1

# EXHIBIT A

Supersedeas Bond No. 285075627

# EXHIBIT A



Liberty Mutual Insurance Company

## SUPERSEDEAS BOND

County of Clark
State of Nevada

Bond No. **285075627**

KNOW ALL by these presents, that
Allstate Property and Casualty Insurance Company
, as Principal, and Liberty Mutual Insurance Company, a corporation, as Surety, are held and firmly bound unto United States District Court, District of Nevada in the amount of Thirty-four Million Eight Hundred Sixty-four Thousand Nine Hundred Seventy-two Dollars And Eighteen Cents Dollars ($34,864,972.18) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns jointly and firmly by these presents.

WHEREAS the said
Allstate Property and Casualty Insurance Company
has petitioned the United States Court of Appeals for the Ninth Circuit for an appeal to said Court of an action previously decided in the United States District Court, District of Nevada Court, wherein the said Allstate Property and Casualty Insurance Company is defendant, and being numbered 2:21-cv-00151-APG-BNW on the docket thereof:

NOW THEREFORE, the condition of the obligation is such that if the said
Allstate Property and Casualty Insurance Company
shall pay all cost, disbursements and judgments incurred by reason of the said appeal proceeding, then this obligation shall be null and void and released, otherwise it shall remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the sum of Thirty-four Million Eight Hundred Sixty-four Thousand Nine Hundred Seventy-two Dollars And Eighteen Cents Dollars ($34,864,972.18).

IN WITNESS WHEREOF,
Allstate Property and Casualty Insurance Company
as Principal, and Liberty Mutual Insurance Company, a corporation, as Surety, have here-unto set our hands this date: September 17, 2024

Allstate Property and Casualty Insurance Company

Principal: *Lisa Bringer*

Liberty Mutual Insurance Company

BY: *[signature]*
Judith A. Lucky-Eftimov, Attorney-in-Fact

**Liberty Mutual Surety Claims** • P.O. Box 34526, Seattle, WA 98124 • Phone: 206-473-6210 • Fax: 866-548-6837
Email: HOSCL@libertymutual.com • www.LibertyMutualSuretyClaims.com
LMS-21025e 05/19

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Liberty Mutual Insurance Company**
**The Ohio Casualty Insurance Company**
**West American Insurance Company**

Certificate No: **8211823-285057**

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Aaron D. Griffin; Aerie Walton; Bartlomiej Siepierski; Christina L. Sandoval; Christopher P. Troha; Corinne Chapman; Dartonya Wright; Derek J. Elston; James B. McTaggart; Jean Torres; Jennifer L. Jakaitis; Jessica B. Dempsey; Judith A. Lucky-Eftimov; Kristin L. Hannigan; Melissa L. Fortier; Nicholas Kertesz; Richard Casas; Robert Nachreiner; Roger Paraison, Samantha Chierici; Sandra M. Winsted; Susan A. Welsh; Tara A. Maquinto; Therese M. Jackson

all of the city of Chicago state of IL each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 10th day of May, 2024.

  

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: David M. Carey, Assistant Secretary

State of PENNSYLVANIA
County of MONTGOMERY ss

On this 10th day of May, 2024 before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.



Commonwealth of Pennsylvania - Notary Seal
Teresa Pastella, Notary Public
Montgomery County
My commission expires March 28, 2025
Commission number 1126044
Member, Pennsylvania Association of Notaries

By: Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this 17TH day of September, 2024.

  

Seal No. 5973

By: Renee C. Llewellyn, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

For bond and/or Power of Attorney (POA) verification inquiries, please call 610-832-8240 or email HOSUR@libertymutual.com.

LMS-12873 LMIC OCIC WAIC Multi Co 02/21