James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile:   702.214.2101

*Attorneys for Plaintiffs*
*Michael Minden and Theresa Minden*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MICHAEL MINDEN and THERESA MINDEN, | CASE NO.: 2:21-cv-00151-APG-BNW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER REGARDING BRIEFING DEADLINES RELATED TO PENDING MOTIONS (ECF NOS. 245, 247, 248)** |
| v. | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiffs Michael Minden and Theresa Minden ("Plaintiffs"), and Defendant Allstate Property and Casualty Insurance Company ("Defendant"), by and through their respective counsel, for good cause shown, hereby stipulate to extend deadlines related to the following pending motions.

1. On September 17, 2024, Defendant filed (1) Motion for a New Trial, Renewed Judgment as a Matter of Law, Remittitur, to Alter and Amend the Judgment, and Grant Relief from the Judgment (ECF No. 245); (2) Objections to Plaintiffs' Bill of Costs (ECF No. 247); and (3) Motion to Alter or Amend the Judgment to Reduce Fees and Costs (ECF No. 248).

2. Plaintiffs' Response to Defendant's Motions (ECF Nos. 245, 248) are due October 1, 2024, and Plaintiffs' Response to Objections (ECF No. 247) is due on September 24, 2024.

1

1    3. The parties stipulate to extend the deadlines for Plaintiffs' responses and
2 Defendant's replies. Members of Plaintiffs' appellate counsel will be out of the country from
3 September 20, 2024, through September 29, 2024. Therefore, Plaintiffs seek this extension in good
4 faith and not for purposes of delay as additional time is needed to adequately prepare the responses.
5    4. Therefore, the parties agree to extend Plaintiffs' Response to Defendant's Motions
6 (ECF Nos. 245 and 248) and Objections (ECF No. 247) to October 18, 2024.
7    5. The parties also agree to extend the deadline for Defendant's Replies in support of
8 the Motions (ECF Nos. 245 and 248) and Objections (ECF No. 247) to November 18, 2024.

DATED this 20th day of September 2024.          DATED this 20th day of September 2024.

By: */s/ Jordan T. Smith*
James J. Pisanelli, Bar No. 4097
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
Brianna Smith, Bar No. 11795
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

I. Scott Bogatz, Esq.
Michael S. Kelley
300 S. 4th Street, Ste. 830
Las Vegas, NV 89101

*Attorneys for Plaintiff*

By: */s/ Kory J. Koerperich*
Jonathan W. Carlson, Bar No. 10536
Michael A. Pintar, Bar No. 3789
MCCORMICK BARSTOW
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

Daniel F. Polsenberg, Bar No. 2376
Kory J. Koerperich, Bar No. 14559
LEWIS ROCA
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, Nevada 89169

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE

DATED: September 23, 2024

CASE NO: 2:21-cv-00151-APG-BNW

2