James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Plaintiffs*
*Michael Minden and Theresa Minden*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MINDEN and THERESA MINDEN,<br><br>Plaintiffs,<br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | CASE NO.: 2:21-cv-00151-APG-BNW<br><br>**STIPULATION AND ORDER REGARDING BRIEFING DEADLINES RELATED TO PENDING MOTIONS (ECF NOS. 245, 247, 248)**<br><br>**(SECOND REQUEST)** |

Plaintiffs Michael Minden and Theresa Minden ("Plaintiffs"), and Defendant Allstate Property and Casualty Insurance Company ("Defendant"), by and through their respective counsel, for good cause shown, hereby stipulate to extend deadlines related to the following pending motions. This is the second request.

1. On September 17, 2024, Defendant filed (1) Motion for a New Trial, Renewed Judgment as a Matter of Law, Remittitur, to Alter and Amend the Judgment, and Grant Relief from the Judgment (ECF No. 245); (2) Objections to Plaintiffs' Bill of Costs (ECF No. 247); and (3) Motion to Alter or Amend the Judgment to Reduce Fees and Costs (ECF No. 248).

2. Plaintiffs' Response to Defendant's Motions (ECF Nos. 245, 248) and Plaintiffs' Response to Objections (ECF No. 247) are currently due October 18, 2024. (ECF No. 253.) Defendant's replies are due November 18, 2024. (*Id.*)

3. The parties agree to an additional extension of the deadlines for Plaintiffs' responses and Defendant's replies. Members of Plaintiffs' appellate counsel are out of the country during the current deadline for Plaintiffs' responses. Therefore, Plaintiffs seek this extension in good faith and not for purposes of delay as additional time is needed to adequately prepare the responses.

4. Therefore, the parties agree to extend Plaintiffs' Response to Defendant's Motions (ECF Nos. 245 and 248) and Objections (ECF No. 247) to November 8, 2024.

5. The parties also agree to extend the deadline for Defendant's Replies in support of the Motions (ECF Nos. 245 and 248) and Objections (ECF No. 247) to December 9, 2024.

DATED this 9th day of October 2024.   DATED this 9th day of October 2024.

By: /s/ Jordan T. Smith
James J. Pisanelli, Bar No. 4097
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
Brianna Smith, Bar No. 11795
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

I. Scott Bogatz, Esq.
Michael S. Kelley
300 S. 4th Street, Ste. 830
Las Vegas, NV 89101

*Attorneys for Plaintiffs*

By: /s/ Kory J. Koerperich
Jonathan W. Carlson, Bar No. 10536
Michael A. Pintar, Bar No. 3789
MCCORMICK BARSTOW
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

Daniel F. Polsenberg, Bar No. 2376
Kory J. Koerperich, Bar No. 14559
LEWIS ROCA
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, Nevada 89169

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
HONORABLE ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED: October 10, 2024

CASE NO: 2:21-cv-00151-APG-BNW

2