UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MINDEN, et al., | Case No.: 2:21-cv-00151-APG-BNW |
| Plaintiffs | **Order** |
| v. | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant | |

In light of the plaintiffs' notice of election (ECF No. 269),

I ORDER the plaintiffs to prepare and file a proposed form of final judgment. Before filing the proposed form of final judgment, the plaintiffs will provide a copy to defendant Allstate Property and Casualty Insurance Company for review and comment. Allstate's agreement to a proposed form of final judgment will not be construed as a waiver of any appeal rights and will be construed only as an agreement to form consistent with my rulings. The proposed judgment is due by November 6, 2025.

DATED this 23rd day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE