1  James J. Pisanelli, Esq., Bar No. 4027
    JJP@pisanellibice.com
2  Todd L. Bice, Esq., Bar No. 4534
    TLB@pisanellibice.com
3  **PISANELLI BICE PLLC**
    400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
    Telephone: 702.214.2100
5  Facsimile:  702.214.2101

6  I. Scott Bogatz, Esq., Bar No. 3367
    sbogatz@rrblf.com
7  Michael S. Kelley, Esq., Bar No. 10101
    mkelley@rrblf.com
8  **REID RUBINSTEIN & BOGATZ**
    300 South 4th Street, Suite 830
9  Las Vegas, Nevada 89101
    Telephone: 702.776.7000
10 Facsimile:  702.776.7900

11 *Attorneys for Plaintiffs Michael Minden
    and Theresa Minden*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MINDEN and THERESA MINDEN,<br><br>                      Plaintiffs,<br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>                      Defendant. | Case No.: 2:21-cv-00151-APG-BNW<br><br>**ORDER FOR ENTRY OF AMENDED JUDGMENT** |

This action was tried by a jury, the jury rendered its verdict, and the clerk of the court entered judgment on August 20, 2024 (ECF 242). I subsequently granted in part defendant Allstate Property and Casualty Company's post-judgment motion, ordering plaintiffs Michael Minden and Theresa Minden to elect whether to accept a remittitur for the jury's award of compensatory damages and punitive damages or opt for a new trial on any issue for which they decline remittitur (ECF 268). The Mindens elected to accept remittitur (ECF 269). I therefore order the clerk of the court to enter an amended final judgment in favor of plaintiffs Michael Minden and Theresa Minden and against Allstate Property and Casualty Insurance Company, as follows:

1

1. For damages arising from breach of contract: $482,655.43, along with prejudgment interest of $131,804.60 (calculated from 12/29/2020 until 8/19/2024 at 7.5%);

2. For damages for bad faith: $4,242,400.00, along with prejudgment interest of $1,621,933.45 (calculated from 12/29/2020 until 8/19/2024 at 10.5%);

3. For punitive damages: $6,363,600.

Total judgment amount: $12,842,393.50

Post judgment interest accrues from the date of the original judgment.

DATED this 6th day of November 2025.

| Respectfully submitted by: | Reviewed as to Form by: |
|---|---|
| **PISANELLI BICE PLLC** | **WOMBLE BOND DICKINSON (US) LP** |
| By: */s/ James J. Pisanelli* <br> James J. Pisanelli Esq., Bar No. 4097 <br> Todd L. Bice, Esq., Bar No. 4534 <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada 89101 | By: */s/ Kory J. Koerperich* <br> Daniel F. Polsenberg, Esq., Bar No. 2376 <br> Kory J. Koerperich, Esq., Bar No. 14559 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 |
| I. Scott Bogatz, Esq., Bar No. 3367 <br> Michael S. Kelly, Esq., Bar No. 10101 <br> **REID RUBINSTEIN & BOGATZ** <br> 300 S. 4th Street, Ste. 830 <br> Las Vegas, NV 89101 | Jonathan W. Carlson, Esq., Bar No. 10536 <br> Michael A. Pintar, Esq., Bar No. 3789 <br> **MCCORMICK BARSTOW** <br> 8337 West Sunset Road, Suite 350 <br> Las Vegas, Nevada 89113 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
HONORABLE ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED: November 6, 2025

CASE NO: 2:21-cv-00151-APG-BNW

2