AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael Minden and Theresa Minden,

                Plaintiffs,

   v.

Allstate Property and Casualty Insurance
Company,

              Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-00151-APG-BNW

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

AMENDED JUDGMENT in favor of plaintiffs Michael Minden and Theresa Minden and against defendant Allstate Property and Casualty Insurance Company, as follows:
1. For damages arising from breach of contract: $482,655.43, along with prejudgment interest of $131,804.60 (calculated from 12/29/2020 until 8/19/2024 at 7.5%);
2. For damages for bad faith: $4,242,400.00, along with prejudgment interest of $1,621,933.45 (calculated from 12/29/2020 until 8/19/2024 at 10.5%);
3. For punitive damages: $6,363,600.
Total judgment amount: $12,842,393.50
Post judgment interest accrues from the date of the original judgment.

| | |
|---|---|
| 11/07/2025 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ RJDG |
| | Deputy Clerk |